1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   CLARENCE J. FAULKNER,

11                      Plaintiff,              Case No.  C08-5038RJB

12          v.                                  ORDER ON PLAINTIFF'S
                                                PENDING MOTIONS
13   SHANE MAITLAND, *et al*.,

14                      Defendants.

15

16

17          This matter comes before the court on plaintiff's motion to compel discovery (Doc. 28).  After

18   reviewing the motion and the remaining record, the court does hereby find and ORDER:

19          (1)     Plaintiff's motion is *DENIED*.  The court notes that plaintiff failed to comply with the

20   requirements of Local Fed. R. Civ. P. 27(a)(2) in that he did not certify to the court that he attempted to

21   confer with defendants in an effort to resolve the dispute prior to filing the motion to compel discovery.

22   In addition, it appears Defendants responded appropriately to Plaintiff's discovery request (First Request

23   for Production).

24          (2)   The Clerk is directed to send copies of this Order to plaintiff and to counsel of record for

25   defendants.

26          DATED this 25th day of August, 2008.

27

28                              */s/ J. Kelley Arnold*
                                J. Kelley Arnold

ORDER
Page - 1

1                                       United States Magistrate Judge