UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARENCE J. FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE MAITLAND, et al.,<br><br>　　　　　Defendants. | NO. C08-5038RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL AND ORDERING DISMISSAL |

This matter comes before the Court on the Report and Recommendation (Dkt. 35) of the Honorable J. Kelley Arnold, United States Magistrate Judge, and Plaintiff's Motion for Appointment of Counsel (Dkt. 39). The Court has considered the Report and Recommendation (Dkt. 35); Plaintiff's Objections to the Report and Recommendation (Dkt. 38); Defendants' Response to Plaintiff's Objections (Dkt. 40); Plaintiff's Motion for Appointment of Counsel (Dkt. 39); Defendants' Response to Plaintiff's Motion to Appoint Counsel (Dkt. 41); and the remainder of the file herein.

Plaintiff filed a Complaint on February 7, 2008. Dkt. 5. In his complaint, Plaintiff, an inmate, alleges that his right to receive and send mail and his right to due process were violated. Plaintiff further alleges that he has been continually harassed and intimidated for his attempts to seek informal resolution of his mail-related concerns.

Plaintiff filed his first Motion to Appoint Counsel (Dkt. 16.) on June 3, 2008. The motion was denied on June 11, 2008. Dkt. 19. On October 15, 2008, Defendants filed a Motion for

ORDER - 1

1 | Summary Judgment. Dkt. 32. Plaintiff filed his Response (Dkt. 33) on October 31, 2008, and
2 | Defendants filed their Reply (Dkt. 34) on November 6, 2008.

On November 20, 2008, Magistrate Judge J. Kelley Arnold issued a Report and Recommendation, which concluded that Plaintiff's claims cannot survive summary judgment. Dkt. 35. Plaintiff filed his Objections to the Report and Recommendation on December 2, 2008. Dkt. 38. Also on December 2, 2008, Plaintiff filed a second Motion to Appoint Counsel. Dkt. 39. Defendants filed their Response to Plaintiff's Objections to Judge Arnold's Report and Recommendation on December 15, 2008. Dkt. 40. The same day, Defendants also filed their Response to Plaintiff's Motion to Appoint Counsel. Dkt. 41.

Plaintiff's second Motion to Appoint Counsel (Dkt. 39) is substantively the same as his first Motion to Appoint Counsel (Dkt. 16). For the reasons given in Judge Arnold's Order denying Plaintiff's First Motion to Appoint Counsel (Dkt. 19), Plaintiff's second Motion to Appoint Counsel should be denied.

The Court, having reviewed the file and the pertinent documents, concurs with the reasoning and findings of Judge Arnold's Report and Recommendation. The issues that Plaintiff raised in his objections fail to rebut Judge Arnold's conclusion that Plaintiff's claims cannot survive summary judgment.

Therefore, the Court does hereby find and **ORDER**:

(1) Plaintiff's Motion to Appoint Counsel (Dkt. 39) is **DENIED**;

(2) The Court adopts the Report and Recommendation (Dkt. 35); and

(3) Defendants' Motion for Summary Judgment (Dkt. 32) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

(4) The Clerk is directed to send copies of this Order to Plaintiff, Counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 31st day of December, 2008.

ROBERT J. BRYAN
United States District Judge