# United States District Court

WESTERN DISTRICT OF WASHINGTON

Clarence J. Faulkner

       v.

Shane Maitland

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5038RJB/JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's Motion to Appoint Counsel (Dkt. 39) is **DENIED**;

2. The Court adopts the Report and Recommendation (Dkt. 35); and

3. Defendants' Motion for Summary Judgment (Dkt. 32) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

    January 7, 2009                                   BRUCE RIFKIN
                                                                                Clerk

                                                                          Jennie L. Patton
                                                                          Deputy Clerk